United States Bankruptcy Court
Northern District of California

In re: Case No. 26-10817-HLB
Susana Vazquez Leyva Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1 User: admin Page 1 of 3
Date Rcvd: Nov 01, 2026 Form ID: 309A Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susana Vazquez Leyva, 2905 Santa Rosa Ave #331, Santa Rosa, CA 95407-6290 |
| 15972283 | | Capital One Auto Finance, Capital, 1 Auto Finance Attn Bankruptcy 7933 Pres, Plano, TX 75024-2302 |
| 15972285 | | Capitalone, Capital, 1 Attn Bankruptcy, Salt Lake City, UT 84130-0285 |
| 15972299 | + | RAM / Reliiant, 412 North Cedar Bluff Road, Ste 400, Knoxville, TN 37923-3628 |
| 15972310 | | Webbank/onemain/fis, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: evanmlivingstone@gmail.com | Nov 01 2026 00:50:00 | Evan Livingstone, Law Office of Evan Livingstone, 2585 Sebastopol Rd, Ste Unit 7265, Santa Rosa, CA 95407 |
| tr | + | Email/Text: sarah.little@txitrustee.com | Nov 01 2026 00:50:00 | Sarah L. Little, 2415 San Ramon Valley Blvd. #4432, San Ramon, CA 94583-5381 |
| smg | | EDI: EDD.COM | Nov 01 2026 04:50:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 01 2026 04:51:00 | CA Franchise Tax Board, Bankruptcy Group, P.O. Box 2952, Sacramento, CA 95812-2952 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Nov 01 2026 00:50:00 | Office of the U.S. Trustee / SR, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| 15972282 | | EDI: CAPONEAUTO.COM | Nov 01 2026 04:51:00 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15972284 | | EDI: CAPITALONE.COM | Nov 01 2026 04:50:00 | Capitalone, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15972287 | | EDI: CITICORP | Nov 01 2026 04:50:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 15972286 | | EDI: CITICORP | Nov 01 2026 04:50:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15972289 | | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity Bank/Buckle, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15972288 | | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 15972291 | | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity Bank/Talbots, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15972290 | | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity Bank/Talbots, PO Box 182789, |

| | | | |
|---|---|---|---|
| | | | Columbus, OH 43218-2789 |
| 15972293 | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity Bk/Ulta, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15972292 | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity Bk/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 15972295 | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity/Boot Barn, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15972294 | EDI: WFNNB.COM | Nov 01 2026 04:50:00 | Comenity/Boot Barn, PO Box 182120, Columbus, OH 43218-2120 |
| 15972296 | EDI: TDBANKNORTH.COM | Nov 01 2026 04:51:00 | Nordstrom FSB, PO Box 71466, Philadelphia, PA 19176-1466 |
| 15972297 | EDI: TDBANKNORTH.COM | Nov 01 2026 04:51:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15972298 | EDI: AGFINANCE.COM | Nov 01 2026 04:45:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 15972300 | Email/Text: Bankruptcy@redwoodcu.org | Nov 01 2026 00:50:00 | Redwood Credit Union, 3033 Cleveland Ave, Santa Rosa, CA 95403-2126 |
| 15972301 | Email/Text: Bankruptcy@redwoodcu.org | Nov 01 2026 00:50:00 | Redwood Credit Union, Attn: Bankruptcy, 3033 Cleveland Ave, Santa Rosa, CA 95403-2126 |
| 15972302 | ^ MEBN | Nov 01 2026 00:45:31 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 15972303 | EDI: SYNC | Nov 01 2026 04:45:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 15972305 | EDI: SYNC | Nov 01 2026 04:45:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15972304 | + EDI: SYNC | Nov 01 2026 04:45:00 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 15972306 | + EDI: SYNC | Nov 01 2026 04:45:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15972307 | EDI: SYNC | Nov 01 2026 04:45:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15972308 | EDI: WTRRNBANK.COM | Nov 01 2026 04:50:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 15972309 | EDI: WTRRNBANK.COM | Nov 01 2026 04:50:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15972312 | EDI: WFFC2 | Nov 01 2026 04:50:00 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 15972311 | EDI: WFFC2 | Nov 01 2026 04:50:00 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Evan Livingstone | on behalf of Debtor Susana Vazquez Leyva evanmlivingstone@gmail.com evanlivingstone@ecf.courtdrive.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Sarah L. Little | sarah@littletrustee.com c141@ecfcbis.com,nancy@littletrustee.com,ecf.alert+Little@titlexi.com |

TOTAL: 3

Debtors may request to receive Court notices and orders by email instead of U.S. mail. Sign Up at www.canb.uscourts.gov

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Susana Vazquez Leyva<br>First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–7689<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN:<br>EIN: | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | California Northern Bankruptcy Court | Date case filed for chapter: | 7 10/22/26 |
| Case number: | 26–10817 | | |

# Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/15

1300 Clay Street, Suite 300
Oakland, CA 94612

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Susana Vazquez Leyva | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 2905 Santa Rosa Ave #331<br>Santa Rosa, CA 95407 | |
| **4. Debtor's attorney**<br>Name and address | Evan Livingstone<br>Law Office of Evan Livingstone<br>2585 Sebastopol Rd<br>Ste Unit 7265<br>Santa Rosa, CA 95407 | Contact phone 707–280–2791 |
| **5. Bankruptcy trustee**<br>Name and address | Sarah L. Little<br>2415 San Ramon Valley Blvd. #4432<br>San Ramon, CA 94583 | Contact phone (510) 485–0740<br>Email: sarah@littletrustee.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case online at https://pacer.uscourts.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612 | Hours open:<br>Monday – Friday 9:00 am to 4:00 pm<br>Contact phone: (888) 821–7606<br>Date: 10/23/26 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 24, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 597 137 6361, and Passcode 5279226855, OR call 1–510–556–5438**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. **Failure to Appear May Result in the Dismissal of the Case without further notice.** A request for a continuance or to be excused from appearing must be made in writing at least 7 days before the meeting, timely filed with the court at the address above in box 6 and served by mail on the trustee at the address above in box 5.

| | | |
|---|---|---|
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/25/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |